```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                   FORT MYERS DIVISION
```

DAVID HASTINGS,

      Plaintiff,

v.                              Case No: 2:17-cv-145-FtM-99CM

INMATE SERVICES CORPORATION,

      Defendant.

_____

## **ORDER**

This matter comes before the Court on defendant's Motion to Strike and/or Dismiss Plaintiff's Amended Class Action Complaint (Doc. #48) filed on March 28, 2018. Plaintiff *pro se* David Hastings filed a Response (Doc. #50) on April 27, 2018. The basis of defendant's Motion to Strike/Dismiss is that plaintiff did not seek leave of Court prior to filing the Amended Class Action Complaint (Doc. #47). Plaintiff acknowledges this and seeks leave of Court to file the amended complaint within his Response (Doc. #50). Because of plaintiff's *pro se* status, the Court will construe the Response (Doc. #50) as a Motion for Leave to Amend and notes that defendant has filed a response to the request to amend (Doc. #54). The Court will strike the Amended Class Action Complaint (Doc. #48) as a separate filing, but the Magistrate Judge may consider the filing in determining whether leave to amend will be granted. See M.D. Fla. R. 4.01.

Accordingly, it is hereby

**ORDERED:**

1. Defendant's Motion to Strike and/or Dismiss Plaintiff's Amended Class Action Complaint (Doc. #48) is **GRANTED in part and DENIED** in part to the extent that plaintiff's Amended Class Action Complaint (Doc. #47) is **stricken**.  The Clerk shall make a notation on the docket that Doc. #47 is stricken.

2. The Clerk is directed to edit Doc. #50 to show as a pending Motion for Leave to Amend Complaint.

**DONE and ORDERED** at Fort Myers, Florida, this __11th__ day of May, 2018.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record